**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LEVI KAHN, individually and on behalf of all
others similarly situated,

                Plaintiff,

-against-                                       20 **CIVIL** 4792 (VB)

                                                          **JUDGMENT**

D&A SERVICES, LLC, and John Does 1–25,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 14, 2021, the motion to dismiss pursuant to Rule 12(b)(1) is DENIED. The motion to dismiss pursuant to Rule 12(b)(6) is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

      May 14, 2021

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                           **BY:**           *K. Mango*

                                                          **Deputy Clerk**